Aurora Taxi Company, appellee, v. Yellow Cab Manufacturing Company, appellant. Gen. No. 27,949.
Suit for return of money deposited with order for purchase of taxi-cabs, conditional upon incorporation and financing of a taxicab company which failed to be incorporated. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed March 19, 1923.
Benjamin Samuels, for appellant; Harry C. Grossman, of counsel. Edward L. England, for appellee.
Mr. Justice Matchett delivered the opinion of the court.

Johanna Bidlas, appellee, v. Albert Bidlas, appellant. Gen. No. 27,953.
Bill for separate maintenance. Judgment for complainant. Appeal from the Circuit Court of Cook county; the Hon. G. Fred Rush, Judge, presiding. Heard in this court at the October term, 1922. Reversed and remanded. Opinion filed March 19, 1923.
Otto F. Ring, for appellant. Harold W. Jirka for appellee.
Mr. Justice Matchett delivered the opinion of the court.

Thomas R. Weddell, appellee, v. Pater Bobeng, appellant. Gen. No. 27,971.
Action for possession of premises and for damages. Judgment *non obstante veredicto* for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed March 19, 1923. *Certiorari* denied by Supreme Court (making opinion final).
Charles R. Smith, for appellant. Walter S. Holden, for appellee.
Mr. Justice Matchett delivered the opinion of the court.

Jack Pedicini, appellee, v. Jacob Arnold, appellant. Gen. No. 27,977.
Forcible entry and detainer proceeding. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Oscar E. Heard, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed. Opinion filed March 28, 1923.
Louis P. Miller, for appellant. William J. Dillon and H. W. Auw, for appellee.
Mr. Presiding Justice Thomson delivered the opinion of the court.

The People of the State of Illinois, appellee, v. Edward Forkel et al., appellants. Gen. No. 28,639.
No record filed during statutory period. Appeal from the Circuit Court of Cook county; the Hon. Oscar M. Torrison, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed March 30, 1923.
No appearance for appellants. Edward J. Brundage and Morton T. Culver, for appellee.
Per Curiam.